1 | Mark D. Estle (CA Bar No. 135004)
2 | THE ESTLE LAW FIRM
  | 12520 High Bluff Drive, Suite 265
3 | San Diego, California 92130
  | Telephone (858)720-0890
4 | Facsimile (858)720-0092

5 | Attorney for Movant BANK OF AMERICA, NATIONAL ASSOCIATION AS
  | SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS
6 | TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF
  | JUNE 1, 2006, GSAMP TRUST 2006-HE4
7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | LOS ANGELES DIVISION

11

12 | In re:                              Case No. 2:09-bk-16230-EC
                                          Chapter 13
13 | PEDRO VILLANUEVA,
                                          STIPULATION RE: SECTION 362
14 |           Debtor                     STAY

1

| In re: | | CHAPTER: 13 |
|---|---|---|
| PEDRO VILLANUEVA | | |
| | Debtor(s). | CASE NUMBER: 2:09-bk-16230-EC |

# ADEQUATE PROTECTION ATTACHMENT
(MOVANT: BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2006, GSAMP TRUST 2006-HE4)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) shall tender payments in the amount of $_____ on or before _____.

2. ☒ The Debtor(s) shall make regular monthly payments in the amount of $2,810.77 commencing 11/1/2009. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

    Litton Loan Servicing
    PO Box 4387
    Houston, TX 77210-4387

3. ☒ The Debtor(s) shall cure the postpetition default computed through 10/09 in the sum of $11,681.17 as follows:

    a. ☒ In equal monthly installments of $1,400.47 each commencing 11/15/2009 and continuing thereafter through and including 4/15/2009,

    b. ☒ By paying the sum of $3,278.33 on or before October 13, 2009,

    c. ☐ By paying the sum of $_____ on or before _____,

    d. ☐ By paying the sum of $_____ on or before _____,

    e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
    Disclosure Statement shall be approved on or before *(specify date)*:
    The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 10 calendar days after mailing of such written notice:

    a. ☐ The stay shall automatically terminate without further notice, hearing or order.

    b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

    d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                  F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 4 of 6

| In re: | CHAPTER: 13 |
|---|---|
| PEDRO VILLANUEVA | |
| Debtor(s). | CASE NUMBER: 2:09-bk-16230-EC |

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of __3__ (number) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other (specify): Movant may filed an amended proof of claim for the Attorney's fees and costs incurred in the preparation of the Motion, which fees and costs shall be paid through the Plan or if necessary through an amended plan.

Approved as to Form and Content:

THE ESTLE LAW FIRM

Dated: _____

Mark D. Estle, Esq., Attorney for
BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2006, GSAMP TRUST 2006-HE4

MARCUS GOMEZ

Dated: 10/13/09

Marcus Gomez, Attorney for Debtor

Judge's Initials

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-10.RP

| In re:<br>PEDRO VILLANUEVA | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:09-bk-16230-EC |

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of __3__ (number) notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other (specify): Movant may filed an amended proof of claim for the Attorney's fees and costs incurred in the preparation of the Motion, which fees and costs shall be paid through the Plan or if necessary through an amended plan.

Approved as to Form and Content:

Dated: 10/13/09

THE ESTLE LAW FIRM

_____
Mark D. Estle, Esq., Attorney for
BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JUNE 1, 2006, GSAMP TRUST 2006-HE4

MARCUS GOMEZ

Dated: _____

_____
Marcus Gomez, Attorney for Debtor

Judge's Initials

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-10.RP